IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

CORNELL SMITH,

    Plaintiff,                           JUDGMENT IN A CIVIL CASE

v.                                            Case No. 13-cv-600-wmc

MS. ERICKSON, CAPT. GREFF,
DONALD STRAHOTA, WILLIAMS
POLLARD, RICH RAEMISCHER,
LT. SABISH and TONIA MOON,

    Defendants.

---

    This action came for consideration before the court with District Judge William M. Conley presiding. The issues have been considered and a decision has been rendered.

---

    IT IS ORDERED AND ADJUDGED that judgment is entered denying plaintiff Cornell Smith leave to proceed and dismissing this case.

    /s/                                                     12/10/2014

| Peter Oppeneer, Clerk of Court | Date |
|---|---|