U.S.C.A. — 7th Circuit
RECEIVED

FEB 18 2015  #1

GINO J. AGNELLO
CLERK

TO: Thomas F. Seubble
United States Appellant
Court Judge for the
Seventh Circuit Court
219 S. Dearborn Street
Chicago, Illionis 60604

Dated: Feb 6, 2015

In Re: Preparing to Appeal.

FM: Cornell Smith #230540
Waupun Correctional Inst
P.O. Box 351
Waupun WI 53963.

Dear Judge Seubble or to whom
It may concern.

In the year 2014 I, have filed a 1983 civil complaint against prison officials in Wisconsin. The complaint was filed in the western district the judge presiding over the case is Judge William M. Conley.

This judge Dismissed my entired case without a chance to amend my complaint all because the defendents refused to allowed me to exhaust my

administrative remedies. I cited case law that if defendants interfered with a inmate exhaustion then its not an appropriate remedy. This Judge refused to obey the law the only law he will obey is the one he cite. He, even informed me that WCI don't have to allowed me to exhaust and then they can use this type of action against me to have my case dismiss. Well I, may be to late to appeal the ordered was enter 12/10/14 case No. 13-cv-600-wmc. This judge refused to obey Wisconsin state statue and there procedure. The only law that matter is his. He, did allowed me to plea my eighth Amendment against defendants depriving me of exercise for approxiately 4 month. He, continue to cited the seven circuit case on the issue but $DOC 309.36 that the defendants "Shall" provide me with exercise 4 hour per week.

This judge is a very big problem for me. And he's not the only one. The Law Librarian refused to send me a copy of my civil complaint to meet the court deadline, as well other forms. I may have to appeal and this is one reason I'm writing to you. Can you please send me every thing I need to appeal my lawsuit in your district. information, forms, notice of appeal, and affidavit of indigent.

Because I'm dead in the water. I have been in Seg. T.L.U. for over 23-days with extention of time and I don't have no help accept complaints and they are not allowing me to exhaust my administrative remedy. I, don't have any funds but, whatever you can do for me and whatever help that you can extend to me it well be appreciated

Sincerely your
Cornell Smith

3