IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

CORNELL SMITH,

    Plaintiff,

v.

MS. ERICKSON, CAPT. GREFF,
DONALD STRAHOTA, WILLIAMS
POLLARD, RICK RAEMISCH, LT.
SABISH, TONIA MOON, and ANGLIA
KROLL,

    Defendants.

JUDGMENT IN A CIVIL CASE

Case No.  13-cv-600-wmc

This action came before the court for consideration with District Judge William M. Conley presiding.  The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that judgment is entered denying plaintiff Cornell Smith's motion for leave to proceed and dismissing plaintiff's claims without prejudice.

| /s/ | 8/16/2016 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |